## Benge's Administrator v. Fouts.

(Decided March 26, 1915.)

### Appeal from Clay Circuit Court.

Appeal and Error.—This case is reversed upon the authority of Benge v. Creech, this day decided.

RAWLINGS & WRIGHT and D. K. RAWLINGS for appellant.

STIVERS & WHITE and. H. C. FAULKNER & SONS for appellee.

OPINION OF THE COURT BY JUDGE SETTLE—Reversing.

As this is a companion case to that of E. J. Benge's Administrator v. Mrs. Ann Creech, this day decided, and the opinion therein is conclusive of all questions presented for review and decision in this case, the judgment recovered by appellee in the circuit court is reversed and the cause remanded, with directions to that court to set it aside and dismiss the action at appellee's cost.